*EN*

# FINANCIAL DISCLOSURE REPORT
## Calendar Year 2003

AO-10 (w)
Rev. 1/2000

Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Scheindlin, Shira A. | S.D.N.Y. | 07/15/2004 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge/active | ___ Nomination, Date __/__/__  <br> ___ Initial   X Annual   ___ Final | 01/01/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| USDC-SDNY <br> 500 Pearl Street <br> New York, N.Y. 10007 | Reviewing Officer _____   Date _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS   (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| | Director | Justice Resource Center |
| 2 | Director | Good Shepherd Services |
| 3 | | |

## II. AGREEMENTS   (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | | None |

## III. NON-INVESTMENT INCOME   (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1/12/03 | ████ State University of New York | |
| 2 | 9/15 | Hofstra Law School, teaching | $3,000 |
| 3 | | | |
| 4 | | | |

RECEIVED 2004 SEP 27 A 11:26 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| | NONE (No such reportable reimbursements.) | |
| 1 | National Assoc. Criminal Defense Lawyers | Speaker, Aspen CO 1/12/03-1/14/03 Travel, Food and Lodging |
| 2 | ALI-ABA | Speaker, St.Thomas, VI 1/15/03-1/18-03 Travel, Food and Lodging |
| 3 | ALI-ABA | Speaker, Coral Gables, FL 1/29/03-2/03/03, Travel, Food and Lodging |
| 4 | Department of Education | Speaker, St. Petersburg, Moscow, Russia 4/20/03-4/29/03, Travel, Food and Lodging |
| 5 | ALI-ABA | Speaker, Philadelphia, PA, 6/18/03-6/19/03, Travel, Food and Lodging |
| 6 | ABA | Speaker, San Francisco, 8/06/03-8/08/03, Travel, Food and Lodging |
| 7 | Hofstra School of Law | Speaker, Hempstead, NY, 9/14/03-9/15/03, Travel Food and Lodging |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X | NONE (No such reportable gifts.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
| | NONE (No reportable liabilities.) | | |
| 1 | North Fork Bank | Mortgage on Rental Property #1, Brooklyn, NY (VII, P.1;1.1 | M |
| 2 | Mellon Mortgage Co | Mortgage on Rental Property #2, Brooklyn, NY (VII, p.1; 1.2 | M |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/15/2004 |

## VII. Page 1  INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 1  Rental Prop. #1, Kings County, NY | E | Rent | P1 | W | | | | | |
| 2  Rental Prop. #2, Kings County, NY | F | Rent | P1 | W | | | | | |
| 3  Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 4  College Retirement Equities Fund | | None | O | T | | | | | |
| 5  Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 6  Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 7  Pfizer | B | Dividend | M | T | gift,partial | 12/30 | J | | |
| 8  IBM Common Stock | A | Dividend | J | T | | | | | |
| 9  Brooklyn Federal S & L | A | Interest | K | T | | | | | |
| 10  Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 11  Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 12  Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 13  Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 14  Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 15  Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 16  N. Y. C. Local Gov't. Bond Series F | B | Interest | K | T | | | | | |
| 17  N.Y. State Local Gov't. Bond Series D | A | Interest | J | T | | | | | |

Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 NYC G/O-Series G RFDG | A | Interest | K | T | | | | | |
| 19 NYS Local Gov't Assist. Corp. Series C RFDG | A | Interest | | | Redeemed | 4/01/ | J | B | |
| 20 NYC G/O series D | A | Interest | J | T | | | | | |
| 21 NYC G/O Series E RFDG | B | Interest | K | T | | | | | |
| 22 NYS Local Gov't. Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 23 NYS HSG Finance Agency | B | Interest | | | Redeemed | 9/30/ | K | B | |
| 24 NYC Bond series H | A | Interest | J | T | | | | | |
| 25 NYS HSG FIN AGY SER C (see explanation) | A | Interest | | | Redeemed | 9/15 | J | A | |
| 26 Fidelity Advisor Equity Growth Mutual Fund | | None | K | T | | | | | |
| 27 Fidelity Advisor Technology Class T | | None | J | T | | | | | |
| 28 Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 29 Fidelity Advantage Mid Cap | | None | K | T | | | | | |
| 30 Putnam New Opportunities Mutual fund | | None | K | T | | | | | |
| 31 Deutsche Bank/Alex Brown Cash Reserve | A | Dividend | | | Transfer | 11/25 | J | | |
| 32 IRA Provident Mutual Life Ins.(100% Fidelity Contra | | None | | | transfer | 8/15 | M | | |
| 33 IRA State Street Global Advisors | | None | J | T | | | | | |
| 34 IRA Fidelity Management and Research | | None | K | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Scheindlin, Shira A. | 07/15/2004 |

## VII. Page 3 INVESTMENTS and TRUSTS – income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 IRA The Dreyfus Corp. | | None | J | T | | | | | |
| 36 IRA Scudder Kemper | | None | J | T | | | | | |
| 37 MCI Worldcom Inc. | | None | J | T | | | | | |
| 38 America Online | | None | J | T | | | | | |
| 39 Dell | | None | J | T | | | | | |
| 40 Flag Investors Communication | | None | K | T | | | | | |
| 41 Flag Telecom Hldgs LTD | | None | | | Liquidated | 4/30 | J | | |
| 42 MRV Communications Inc. | | None | J | T | | | | | |
| 43 Jupiter Communications Inc. | | None | | | sold | 4/9 | J | | |
| 44 Price Commun. | | None | J | T | | | | | |
| 45 Micron | | None | J | T | | | | | |
| 46 Fairchild Semiconductors | | None | J | T | | | | | |
| 47 Hewlett Packard | A | Dividend | J | T | | | | | |
| 48 ATMI | | None | J | T | | | | | |
| 49 Microsoft | | None | J | T | | | | | |
| 50 AXA Financial | A | Dividend | J | T | | | | | |
| 51 Merrill Lynch Semi Hldrs | | None | | | sale | 7/8 | J | A | |

1 Inc/Gain Codes: A=$1,000 or less B=$1,0( -$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col. B1. D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

2 Val Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col. C1. D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(Col. C2) U=Book Value V=Other W=Estimated

## VII. Page 4 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 NASDAQ 100 Trust | | None | | | sale | 7/8 | J | C | |
| 53 Active Assets Money Market (see explanation) | A | Dividend | J | T | | | | | |
| 54 Scudder Flag Investors | | None | J | T | Buy | 7/9 | J | | |
| 55 Cisco | | None | | | sale | 3/21 | | | |
| 56 Cisco | | None | | | sale | 3/21 | | | |
| 57 Bank Hapoalim | A | Interest | J | T | Buy | 4/9 | | | |
| 58 Standard and Poors Depositary Receipts | | None | | | sale | 7/2 | | B | |
| 59 Standard and Poors Depositary Receipts | A | Interest | | | buy | 4/9 | J | | |
| 60 Intel | A | Dividend | | | sale | 12/2 | | B | |
| 61 Intel | A | Dividend | | | sale | 12/19 | | B | |
| 62 Rochester Municipal Class B | B | Interest | L | T | buy | 3/6 | L | | |
| 63 Rochester Municipal Class B | B | Interest | L | T | buy | 10/23 | L | | |
| 64 IRA Prime Fund Daily Money Class | | None | | | buy | 8/15 | M | | |
| 65 IRA prime fund daily money class | | None | | | sale | 9/8 | M | | |
| 66 IRA Sentinel Cap Inc Markets Class B | A | Dividend | K | T | Buy | 9/3 | J | | |
| 67 IRA Sentinel Growth Index CL B | | None | K | T | buy | 9/3 | K | | |
| 68 IRA Sentinel MidCap Growth Class B | | None | K | T | buy | 9/3 | K | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

2 Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A. | 07/15/2004 |

## VII. Page 5 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 IRA Sentinel High Yield Bond Class B | A | Dividend | K | T | Buy | 9/3 | J | | |
| 70 IRA Sentinel Intl Equity Class B | | None | K | T | buy | 9/3 | J | | |
| 71 IRA Sentinel Small Company B | | None | K | T | buy | 9/3 | J | | |
| 72 IRA Sentinel Bond Class B | A | Dividend | K | T | buy | 9/3 | J | | |
| 73 IRA Sentinel Common Stock Class B | | None | K | T | buy | 9/3 | K | | |
| 74 Semi Holders | | None | | | buy | 3/17 | J | | |
| 75 NASDAQ | A | Dividend | | | buy | 3/24 | K | | |
| 76 Intel | A | Dividend | | | buy | 7/8 | K | | |
| 77 Microsoft | A | Dividend | | | buy | 9/17 | K | | |
| 78 Nortel | | None | | | buy | 9/23 | J | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| | Name of Person Reporting | Date of Report |
|---|---|---|
| **FINANCIAL DISCLOSURE REPORT** | Scheindlin, Shira A. | 07/15/2004 |

## SECTION HEADING. (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 4. REIMBURSEMENTS (cont'd.)

| Line | Source | Description |
|---|---|---|
| 8 | ABA | Speaker, DC, 11/07/03-11/09-03, Travel, Food and Lodging |
| 9 | ALI-ABA | Speaker, DC, 11/12/03-11/14/03, Travel, Food and Lodging |
| 10 | Nat'l Ctr. for State Courts | Speaker, DC, 11/21/03-11/21/03, Travel, Food and Lodging |
| 11 | ALI-ABA | Speaker, Phoenix, AZ, 12/03/03-12/06/03, Travel, Food and Lodging |
| 12 | DeLoitte and Touche | Speaker, San Francisco, 12/06/03-12/09/03, Travel, Food and Lodging |
| 13 | Mealey Publications | Speaker, San Francisco, 12/09/03-12/10/03, Travel, Food and Lodging |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Scheindlin, Shira A. | Date of Report<br>07/15/2004 |
|---|---|---|

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature  9/30/04

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Scheindlin, Shira A | 2. Court or Organization S.D.N.Y. | 3. Date of Report 7/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge/active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address USDC-SDNY 500 Pearl Street New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Justice Resource Center |
| 2. Director | Good Shepherd Services |

RECEIVED Jul 19 11 06 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 9/15 | Hofstra Law School, teahcing | #3,000 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/03 | State University of New York |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Assoc. Criminal Defense Lawyers | Speaker, Aspen CO 1/12/03-1/14/03 Travel, Food and Lodging |
| 2. | ALI-ABA | Speaker, St.Thomas, VI 1/15/03-1/18-03 Travel, Food and Lodging |
| 3. | ALI-ABA | Speaker, Coral Gables, FL 1/29/03-2/03/03, Travel, Food and Lodging |
| 4. | Department of Education | Speaker, St. Petersburg, Moscow, Russia 4/20/03-4/29/03, Travel, Food and Lodging |
| 5. | ALI-ABA | Speaker, Philadelphia, PA, 6/18/03-6/19/03, Travel, Food and Lodging |
| 6. | ABA | Speaker, San Francisco, 8/06/03-8/08/03, Travel, Food and Lodging |
| 7. | Hofstra School of Law | Speaker, Hempstead, NY, 9/14/03-9/15/03, Travel Food and Lodging |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 7/15/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | ABA | Speaker, DC, 11/07/03-11/09-03, Travel, Food and Lodging |
| 9. | ALI-ABA | Speaker, DC, 11/12/03-11/14/03, Travel, Food and Lodging |
| 10. | Nat'l Ctr. for State Courts | Speaker, DC, 11/21/03-11/21/03, Travel, Food and Lodging |
| 11. | ALI-ABA | Speaker, Phoenix, AZ, 12/03/03-12/06/03, Travel, Food and Lodging |
| 12. | DeLoitte and Touche | Speaker, San Francisco, 12/06/03-12/09/03, Travel, Food and Lodging |
| 13. | Mealey Publications | Speaker, San Francisco, 12/09/03-12/10/03, Travel, Food and Lodging |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | Mortgage on Rental Property #1, Brooklyn, NY (VII, P.1;1.1 | M |
| 2. Chase Bank | Mortgage on Rental Property #2, Brooklyn, NY (VII, p.1; 1.2 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A –H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Prop. #1, Kings County, NY | E | Rent | P1 | W | | | | | |
| 2. Rental Prop. #2, Kings County, NY | F | Rent | P1 | W | | | | | |
| 3. Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 4. College Retirement Equities Fund | | None | O | T | | | | | |
| 5. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 6. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Pfizer | B | Dividend | M | T | gift | 12/30 | J | | |
| 8. IBM Common Stock | A | Dividend | J | T | | | | | |
| 9. Brooklyn Federal S & L | A | Interest | K | T | | | | | |
| 10. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 11. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 12. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 13. Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 14. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 15. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 16. N. Y. C. Local Gov't. Bond Series F | B | Interest | K | T | | | | | |
| 17. N.Y. State Local Gov't. Bond Series D | A | Interest | J | T | | | | | |
| 18. NYC G/O Series G RFDG | A | Interest | K | T | | | | | |

| 1 Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. NYS Local Gov't Assist. Corp. Series C RFDG | A | Interest | J | T | Redeemed | 4/01/ | | B | |
| 20. NYC G/O series D | A | Interest | J | T | | | | | |
| 21. NYC G/O Series E RFDG | B | Interest | K | T | | | | | |
| 22. NYS Local Gov't. Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 23. NYS HSG Finance Agency | B | Interest | K | T | Redeemed | 9/30/ | | B | |
| 24. NYC Bond series H | A | Interest | J | T | | | | | |
| 25. NYS HSG FIN AGY SER C (see explanation) | A | Interest | J | T | Redeemed | 9/15 | | A | |
| 26. Fidelity Advisor Equity Growth Mutual Fund | | None | K | T | | | | | |
| 27. Fidelity Advisor Technology Class T | | None | J | T | | | | | |
| 28. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 29. Fidelity Advantage Mid Cap | | None | K | T | | | | | |
| 30. Putnam New Opportunities Mutual fund | | None | K | T | | | | | |
| 31. Deutsche Bank/Alex Brown Cash Reserve | A | Dividend | J | T | Transfer | 11/25 | | - | |
| 32. IRA Provident Mutual Life Ins.(100% Fidelity Contra Fund) | | None | M | T | sale | 8/15 | M | | |
| 33. IRA State Street Global Advisors | | None | J | T | | | | | |
| 34. IRA Fidelity Management and Research | | None | K | T | | | | | |
| 35. IRA The Dreyfus Corp. | | None | J | T | | | | | |
| 36. IRA Scudder Kemper | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. MCI Worldcom Inc. | | None | J | T | | | | | |
| 38. America Online | | None | J | T | | | | | |
| 39. Dell | | None | J | T | | | | | |
| 40. Flag Investors Communication | | None | K | T | | | | | |
| 41. Flag Telecom Hldgs LTD | | None | J | T | Liquidated | 4/30 | | | |
| 42. MRV Communications Inc. | | None | J | T | | | | | |
| 43. Jupiter Communications Inc. | | None | J | T | sold | 4/9 | | | |
| 44. Price Commun. | | None | J | T | | | | | |
| 45. Micron | | None | J | T | | | | | |
| 46. Fairchild Semiconductors | | None | J | T | | | | | |
| 47. Hewlett Packard | A | Dividend | J | T | | | | | |
| 48. ATMI | | None | J | T | | | | | |
| 49. Microsoft | | None | J | T | | | | | |
| 50. AXA Financial | A | Dividend | J | T | | | | | |
| 51. Merrill Lynch Semi Hldrs | | None | | | sale | 7/8 | | A | |
| 52. NASDAQ 100 Trust | | None | | | sale | 7/8 | | C | |
| 53. Active Assets Money Market (see explanation) | A | Dividend | J | T | | | | | |
| 54. Scudder Flag Investors | | None | J | T | Buy | 7/9 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   F = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2) U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Cisco | | None | | | sale | 3/21 | | | |
| 56. Cisco | | None | | | sale | 3/21 | | | |
| 57. Bank Hapoalim | A | Interest | J | T | Buy | 4/9 | | | |
| 58. Standard and Poors Depositary Receipts | | None | | | buy | 4/9 | J | | |
| 59. Standard and Poors Depositary Receipts | A | Interest | | | sale | 7/2 | | B | |
| 60. Intel | A | Dividend | | | sale | 12/2 | | B | |
| 61. Intel | A | Dividend | | | sale | 12/19 | | B | |
| 62. Rochester Municipal Class B | B | Interest | L | T | buy | 3/6 | L | | |
| 63. Rochester Municipal Class B | B | Interest | L | T | buy | 10/23 | L | | |
| 64. IRA Prime Fund Daily Money Class | | None | | | buy | 8/15 | M | | |
| 65. IRA prime fund daily money class | | None | | | sale | 9/8 | M | | |
| 66. IRA Sentinel Cap Inc Markets Class B | A | Dividend | K | T | Buy | 9/3 | J | | |
| 67. IRA Sentinel Growth Index CL B | | None | K | T | buy | 9/3 | K | | |
| 68. IRA Sentinel MidCap Growth Class B | | None | K | T | buy | 9/3 | K | | |
| 69. IRA Sentinel High Yield Bond Class B | A | Dividend | K | T | Buy | 9/3 | J | | |
| 70. IRA Sentinel Intl Equity Class B | | None | K | T | buy | 9/3 | J | | |
| 71. IRA Sentinel Small Company B | | None | K | T | buy | 9/3 | J | | |
| 72. IRA Sentinel Bond Class B | A | Dividend | K | T | buy | 9/3 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    F = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 7/15/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 73. IRA Sentinel Common Stock Class B | | None | K | T | buy | 9/3 | K | | |
| 74. Semi Holders | | None | | | buy | 3/17 | J | | |
| 75. NASDAQ | A | Dividend | K | T | buy | 3/24 | K | | |
| 76. Intel | A | Dividend | | | buy | 7/8 | K | | |
| 77. Microsoft | A | Dividend | K | T | buy | 9/17 | K | | |
| 78. Nortel | | None | K | T | buy | 9/23 | J | | |
| 79. Semi Holders | | | | | sale | 7/21 | K | A | |

| 1. Income/Gain Codes. | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children. if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____                    Date___July 15, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544